# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00418-MOC-DSC

| | |
|---|---|
| KATHLEEN MCKEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| REAL TIME RESOLUTIONS INC. et. al., | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Eliyahu Babad]" (document #4). For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 19, 2021

David S. Cayer
United States Magistrate Judge